UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

IN RE:

Juana Acosta,
   Debtor.

_____/

CASE NO.: 26-13695
CHAPTER 7

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Lakeview Loan Servicing, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid & Crane LLP
Attorney for Secured Creditor
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Sarah DooleyLewis
    Sarah DooleyLewis
    Email: sdooleylewis@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 13 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JUANA ACOSTA
1134 PERLA ST
PERRIS, CA 92571

And via electronic mail to:

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

LARRY D SIMONS (TR)
JANUS LAW,
9363 MAGNOLIA AVENUE
RIVERSIDE, CA 92503

UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501

By: /s/ Angela Zuelke