| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>JUANA ACOSTA,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:26-bk-13695-SY<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Juana Acosta ,
   filed a motion or application (Motion) entitled Debtor's Motion to Convert Case Under 11 U.S.C. §§ 706(a)
   or 1112(a) .

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

   ☒  The full Motion is attached to this notice; or

   ☐  The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

(1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2)  Movant will lodge an order that the court may use to grant the Motion; and

(3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date:  07/20/2026

/s/Benjamin Heston
Signature of Movant or attorney for Movant

Benjamin Heston
Printed name of Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com | FOR COURT USE ONLY |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JUANA ACOSTA,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:26-bk-13695-SY<br><br>CHAPTER: 7<br><br><br>**DEBTOR'S MOTION TO CONVERT CASE<br>UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this court for an Order converting the above chapter <u>7</u> case to a case under chapter <u>13</u> on the grounds set forth below:

2. **Filing Information:**

    a. ☒ A Voluntary Petition under chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on: <u>5/7/2026</u>

    b. ☐ An Involuntary Petition under chapter ☐ 7 ☐ 11 was filed on: _____
    ☐ An Order of Relief under chapter ☐ 7 ☐ 11 was entered on: _____

    c. ☐ An Order of Conversion to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on: _____

    d. ☐ Other *(specify)*: _____
    _____
    _____

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  **Procedural Status**

    a.  Name of trustee appointed *(if any)*: _Larry D. Simons_

    b.  Name of attorney of record for trustee *(if any)*: _____

4.  Debtor alleges that this case has not been previously converted.

5.  Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter _7_ to a case under chapter _13_ .

Date: _07/14/2026_

Respectfully submitted,

Nexus Bankruptcy
Printed name of law firm

/s/Benjamin Heston
Signature

Juana Acosta
Printed name of Debtor/trustee

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/20/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Sarah Arlene Dooley-Lewis    sdooleylewis@raslg.com
Amitkumar Sharma    amit.sharma@aisinfo.com
Larry D Simons (TR)    larry@janus.law,
c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law
Shana Stark    sstark@raslg.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/20/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/20/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Aldous
4625 S 2300 E
Holladay, UT 84117-4583

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One Auto Finance
4515 N Santa Fe Ave, Dept APS
Oklahoma City, OK 73118-7901

Cedars Business Servic
5230 Las Virgenes Rd, Ste
Calabasas, CA 91302

Comenitybank/Victoria
PO Box 182789
Columbus, OH 43218

EnFin Corp
PO Box 845075
Dallas, TX 75284

Franchise Tax Board
Personal Bankruptcy MS A340
PO Box 2952
Sacramento, CA 95812-2952

IC System
444 Highway 96 E
Saint Paul, MN 55127-2557

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Loancare Servicing
3637 Sentara Way
Virginia Beach, VA 23452-4262

LVNV Funding
PO Box 10587
Greenville, SC 29603

Tab/Sunbit
10940 Wilshire Blvd
Los Angeles, CA 90024

Wells Fargo Bank
PO Box 6995
Portland, OR 97228-6995