# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, July 29, 2026**                                     **Hearing Room      302**

9:30 AM
**6:26-13695   Juana Acosta**                                             **Chapter 7**

Telephonic Hearing

**#3.00**   Notice of motion and motion for relief from the automatic
stay with supporting declarations REAL PROPERTY
RE: 1134 Perla Street, Perris, CA 92571

**Keith Higginbotham to appear by telephone (213)840-7800**
**Benjamin Heston to appear by telephone (949)312-1377**

Docket      11

**Matter Notes:**

**GRANTED:** _____   **DENIED:** _____

**APO:** _____

**CONT'D. TO:** _9-2-26 @ 9:30am_

**WITHDRAWN:** _____

**ORDER LODGED BY:** _____

**Tentative Ruling:**

GRANT relief from the automatic stay under § 362(d)(1).

GRANT waiver of FRBP 4001(a)(4) stay.

DENY termination of the codebtor stay.

APPEARANCES WAIVED. No opposition has been timely filed. If
written or oral opposition is presented at the hearing, the hearing may be
continued. Movant to lodge an order within 7 days.

**Party Information**