# United States Bankruptcy Court
# Central District of California
## Riverside
## Scott Yun, Presiding
## Courtroom 302 Calendar

**Wednesday, September 2, 2026** **Hearing Room 302**

9:30 AM
**6:26-13695 Juana Acosta** **Chapter 13**

Telephonic Hearing

**#10.00** CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 1134 Perla Street, Perris, CA 92571

**Case Converted to Ch. 13 8/20/26**

**FR. 7/29/26**

**Nathan A Berneman to appear by telephone (818)292-1158** - Movant
**Benjamin Heston to appear by telephone (949)312-1377** - Debtor

Docket 11

**Matter Notes:**

**GRANTED:** ______ **DENIED:** ______

**APO:** ______

**CONT'D. TO:** 10-7-26 @ 9:30am

**WITHDRAWN:** ______

**ORDER LODGED BY:** ______

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

**Party Information**

**Debtor(s):**

Juana Acosta Represented By
Benjamin Heston