**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>JUANA ACOSTA,<br><br>Debtor. | **Case No.: 6:26-bk-13695-SY**<br><br>**Chapter 13**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER RECONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1307(a)**<br><br>[no hearing required] |

**TO THE HONORABLE SCOTT H. YUN, THE UNITED STATES TRUSTEE, CHAPTER 13 TRUSTEE, CHAPTER 7 TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE:** Debtor, Juana Acosta, hereby moves for an order reconverting this case from Chapter 13 to Chapter 7 pursuant to 11 U.S.C. § 1307(a).

Pursuant to LBR 3015-1(q)(2)(B) and LBR 9013-1(o), Debtor requests that the Court grant this Motion without a hearing unless a party in interest timely files and serves a written opposition and request for hearing. Any opposition and request for hearing must be filed with the Court and served on Debtor's counsel and the United States Trustee within 14 days after service of this motion, plus three additional days where applicable under FRBP 9006(f). If no timely request is received, the Court may treat such failure as a waiver of the right to oppose the Motion and may rule on the Motion without further hearing or notice.

## I. BACKGROUND

Debtor commenced this case by filing a voluntary Chapter 7 petition on May 7, 2026. Debtor filed her case with the intent of discharging her unsecured debts.

After a secured creditor, Lakeview Loan Servicing, filed a motion for relief from stay, Debtor elected to convert the case to Chapter 13 in an effort to preserve her residence. The case was converted to Chapter 13 on August 20, 2026.

Debtor now seeks to return to chapter 7 to address unsecured debts so that she may focus her efforts on saving her own.

## II. LEGAL ARGUMENT

Pursuant to 11 U.S.C. § 1307(a), a Chapter 13 debtor has an absolute and unwaivable right to convert their case to Chapter 7 at any time. As the Ninth Circuit Bankruptcy Appellate Panel explained, the plain language of § 1307(a) permits conversion subject to the Court's jurisdiction and Chapter 7 eligibility and remedies. See _Nady v. DeFrantz_ (_In re DeFrantz_), 454 B.R. 108, 113-15 (9th Cir. BAP 2011).

Here, Debtor's election to return to Chapter 7 is consistent with her original objective of addressing unsecured debts. Her intervening pursuit of Chapter 13 relief in response to the motion for relief from stay did not change that goal, nor did it alter her statutory right to conversion. Debtor is seeking this conversion in good faith.

Pursuant to the Local Bankruptcy Rule 3015-1(q)(2)(B), conversion from Chapter 13 where the debtor previously converted from another Chapter requires a motion, rather than a simple notice of conversion.

For the foregoing reasons, Debtor requests entry of an order reconverting this case from chapter 13 to chapter 7 pursuant to 11 U.S.C. § 1307(a) and granting such other relief as is appropriate to effectuate the conversion.

Respectfully,

NEXUS BANKRUPTCY

Date: November 12, 2026

/s/ Benjamin Heston
Benjamin Heston
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3090 Bristol Street #400
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (specify): NOTICE OF MOTION AND MOTION FOR ORDER RECONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1307(a) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/12/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David Coats dacoats@raslg.com
Rod Danielson (TR) notice-efile@rodan13.com
Sarah Arlene Dooley-Lewis sdooleylewis@raslg.com
Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Amitkumar Sharma amit.sharma@aisinfo.com
Shana Stark sstark@raslg.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/12/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/12/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Judge Scott H. Yun**
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

**Avelina Homeowners Association**
**c/o Corey L. Todd, Esq.**
33332 Valle Road, Suite 100
San Juan Capistrano, CA 92675

**Capital One N.A.**
**by AIS InfoSource LP, as agent**
PO Box 71083
Charlotte, NC 28272-1083

**Wells Fargo Bank**
PO Box 6995
Portland, OR 97228-6995

**Capital One Auto Finance**
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118-7901

**Comenitybank/Victoria**
PO Box 182789
Columbus, OH 43218

**Franchise Tax Board**
**Personal Bankruptcy MS A340**
PO Box 2952
Sacramento, CA 95812-2952

**Internal Revenue Service**
**Centralized Insolvency Operation**
PO Box 7346
Philadelphia, PA 19101-7346

**Lakeview Loan Servicing, LLC**
**c/o LoanCare, LLC**
3637 Sentara Way
Virginia Beach, VA 23452

**Midland Credit Management, Inc.**
PO Box 2037
Warren, MI 48090

**Aldous**
4625 S 2300 E
Holladay, UT 84117-4583

**Capital One**
PO Box 71083
Charlotte, NC 28272-1083

**Tab/Sunbit**
10940 Wilshire Boulevard
Los Angeles, CA 90024

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541

**Cedars Business Servic**
5230 Las Virgenes Road
Calabasas, CA 91302

**EnFin Corp**
PO Box 845075
Dallas, TX 75284

**IC System**
444 Highway 96 E
Saint Paul, MN 55127-2557

**Quantum3 Group LLC, as agent for MOMA Trust LLC**
PO Box 788
Kirkland, WA 98083-0788

**LVNV Funding, LLC**
**Resurgent Capital Services**
PO Box 10587
Greenville, SC 29603-0587