**United States Bankruptcy Court**
**Central District of California**
**Riverside**
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

**Tuesday, November 17, 2026** **Hearing Room 302**

1:30 PM
**6:26-13695 Juana Acosta** **Chapter 13**

**#14.00** Confirmation of Chapter 13 Plan

Docket 35
***** VACATED *** REASON: COUNSEL'S REPEATED FAILURE TO COMPLY WITH LBR 5005-2(d)**

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

THE HEARING ON THIS MATTER IS VACATED DUE TO COUNSEL'S REPEATED FAILURE TO COMPLY WITH LBR 5005-2(d). Counsel has repeatedly failed to provide mandatory judge's copies. Multiple warnings have been given. Yet, no judge's copy was provided for the current matter. Counsel must re-notice the hearing to the court's next available chapter 13 hearing date that provides 7 days' notice to the chapter 13 trustee. If the confirmation hearing is not re-noticed within 7 days, or counsel attempts to set the hearing for a later date, confirmation will be denied and the case will be dismissed without further notice.

**Party Information**

**Debtor(s):**

Juana Acosta — Represented By Benjamin Heston

**Trustee(s):**

Rod Danielson (TR) — Pro Se