Benjamin Heston (SBN 297798)
Nexus Bankruptcy
3090 Bristol Street, Suite 400
Costa Mesa, CA 92626
Telephone: (949) 312-1377
Email: ben@nexusbk.com

Attorney for Debtor Juana Acosta

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>JUANA ACOSTA,<br><br>Debtor. | Case No. 6:26-bk-13695-SY<br><br>Chapter 13<br><br>NOTICE OF CONTINUED CONFIRMATION HEARING<br><br>Date: December 8, 2026<br>Time: 1:30 p.m.<br>Courtroom: 302 |

**PLEASE TAKE NOTICE** that the hearing on confirmation of the Debtor's Amended Chapter 13 Plan, previously scheduled for November 17, 2026, has been rescheduled to December 8, 2026, at 1:30 p.m., in Courtroom 302 of the United States Bankruptcy Court, located at 3420 Twelfth Street, Riverside, California 92501.

NEXUS BANKRUPTCY

Date: November 23, 2026

By: /s/ Benjamin Heston
Benjamin Heston
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3090 Bristol Street, Suite 400
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (specify): NOTICE OF CONTINUED CONFIRMATION HEARING will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/23/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David Coats dacoats@raslg.com
Rod Danielson (TR) notice-efile@rodan13.com
Sarah Arlene Dooley-Lewis sdooleylewis@raslg.com
Amitkumar Sharma amit.sharma@aisinfo.com
Shana Stark sstark@raslg.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **11/23/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/23/2026 | Benjamin Heston | /s/ Benjamin Heston |
| *Date* | *Printed Name* | *Signature* |